IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**KAROLINA PRIBYLOVA and**
**FRANTISEK PRIBYL,**

 *Plaintiffs*,

v.              Case No.: 4:21cv132-MW/MJF

**JOSEPH BODIFORD,**

 *Defendant*.

_____/

### ORDER ACCEPTING REPORT AND RECOMMENDATION

 This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 11, and has also reviewed *de novo* Plaintiff's objections, ECF No. 14. Accordingly,

 **IT IS ORDERED**:

 The report and recommendation, ECF No. 11, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion. There is possibly diversity of citizenship here—and, improbably, the amount in controversy possibly exceeds $75,000—however, Plaintiffs have not amended their claims to allege diversity jurisdiction. Accordingly, the Clerk shall enter judgment stating, "Plaintiffs' claims are **DISMISSED without prejudice** for lack of subject matter jurisdiction and for

failure to comply with court orders." The Clerk shall close the file.

**SO ORDERED on November 16, 2021.**

**s/Mark E. Walker**
**Chief United States District Judge**
